UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
JUDICIAL WATCH, INC.,                   )
                                        )
                    Plaintiff,          )
            v.                          )          Civil Action No. 09-1537  (PLF)
                                        )
FEDERAL HOUSING FINANCE                 )
AGENCY,                                 )
                                        )
                    Defendant.          )
_____ )

ORDER

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that [18] the plaintiff's cross-motion for summary judgment is

DENIED; it is

FURTHER ORDERED that [14] the defendant's motion for summary judgment

is GRANTED; and it is

FURTHER ORDERED that JUDGMENT shall be entered for the defendant.  The

Clerk shall remove this case from the docket of this Court.  This is a final appealable order.  See

FED. R. APP. P. 4(a).

SO ORDERED.


                                        /s/_____
                                        PAUL L. FRIEDMAN
                                        United States District Judge

DATE:   September 30, 2010